**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
  LENEAMARIE BEASLEY,

                           Plaintiff,                   25 **CIVIL** 9738 (JW)

     -v-                                **JUDGMENT**


FRANK BISIGNANO
Commissioner of Social Security,
                        Defendant.
---------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated May 1, 2026, the Commissioner's decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, for further administrative proceedings, including offering the plaintiff an

opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. §

405(g).

**Dated:**  New York, New York

     May 4, 2026


                                   **TAMMI M. HELLWIG**
                                  _____
                                   **Clerk of Court**

                                   K. mango
               **BY:**
                                     _____
                                   **Deputy Clerk**